IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MYRON MOORE, ) ) ) Plaintiffs, ) ) v. ) ) ) ) INGREDION INCORPORATED ) ) ) Defendants. ) _____) | Civil Action No. 2:12-cv-1186-DCN |

**ORDER GRANTING
JOINT MOTION FOR SETTLEMENT APPROVAL**

The Court, having received the parties' Joint Motion for Settlement Approval submitted jointly by the parties, hereby ORDERS that the Joint Motion for Settlement Approval is GRANTED (including the request for attorneys' fees and costs), and this matter is hereby DISMISSED WITH PREJUDICE.

Dated this   27th   day of   February  , 2014.

BY THE COURT:

_____
DAVID C NORTON
United States District Judge